AUSTIN P. NAGEL, ESQ.
California State Bar #118247
LAW OFFICES OF AUSTIN P. NAGEL
111 Deerwood Road, Suite 305
San Ramon, CA 94583
Telephone: (925) 855-8080
Facsimile: (925) 855-8090

Attorneys for Secured Creditor,
WELLS FARGO BANK, N.A.,
dba WELLS FARGO DEALER SERVICES

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>ROBERT WAYNE HARRIS,<br><br>Debtor.<br>________________________________/ | Case No. 17-40056 CN<br>(Chapter 13 Proceeding)<br><br>SECURED CREDITOR, WELLS FARGO BANK, N.A., DBA WELLS FARGO DEALER SERVICES's OBJECTION TO AND REQUEST FOR HEARING ON DEBTOR'S MOTION TO VALUE PERSONAL PROPERTY |

WELLS FARGO BANK, N.A., dba WELLS FARGO DEALER SERVICES (hereinafter referred to as "Secured Creditor") objects to and requests a hearing be set on the Motion to Value Personal Property proposed hereunder by Debtor, ROBERT WAYNE HARRIS (hereinafter referred to as "Debtor") on the following grounds:

1. On April 11, 2013, Debtor (as Buyer) entered into a written Retail Installment Sale Contract – Simple Interest Finance Charge (hereinafter referred to as “Security Agreement”) with Journey Ford Lincoln (as Seller) which evidenced Debtor’s financed purchase of the 2013 Ford Fiesta (Vehicle Identification Number 3FADP4BJ6DM186520) (hereinafter referred to as

the “property”), which has become the subject of this action. The aforementioned Security Agreement was duly assigned by Journey Ford Lincoln to Secured Creditor during the normal course of business on or about April 11, 2013.

2. Upon executing the Security Agreement, a true and correct photocopy of which is filed separately herewith and which is incorporated herein by reference, and by subsequently taking possession of the property which was being financed by Secured Creditor, Debtor agreed and became obligated to pay the sum of $17,614.95, with interest accruing at the contract rate of 11.75% per annum, for the financed purchase of the subject property. Further evidence of Secured Creditor's secured position is reflected on the Certificate of Title for the subject property, a true and correct photocopy of which is filed separately herewith and which is incorporated herein by reference.

3. Based upon information derived from the automated NADA Official Used Car Guide, a true and correct photocopy of which is filed separately herewith and which is incorporated herein by reference, pursuant to 11 U.S.C. § 506(a)(2) the property is currently believed to have a retail, replacement value to Debtor of $5,820.00**.** This is the value indicated for collateral of this year, make, model and general features in the reference guide most commonly used source of valuation data used by Movant in the ordinary course of business for determining the value of this type of collateral.

4. Secured Creditor objects to the $3,156.00 valuation allocated to its secured collateral under Debtor's Motion to Value in that should Secured Creditor be forced to accept the low valuation of its secured claim hereunder, Secured Creditor's security interest will be severely diminished on collateral which already depreciates at a rapid rate during the normal course of its use.

5. The value allocated to Secured Creditor's collateral under Debtor's Motion to Value is substantially below the value given in the *NADA Official Used Car Guide*. In the absence of further evidence explaining the valuation discrepancy, Secured Creditor contends that Debtor has not satisfied the burden under 11 U.S.C. § 506(a)(2). Based thereupon, Debtor's Motion to Value does not comply with 11 U.S.C. § 1325(a) because it does not pay Secured Creditor the present value of its secured claim and, therefore, Debtor's Motion to Value cannot be granted.

6. Therefore, for the reasons more fully set forth above, Secured Creditor requests that a hearing be held on Debtor's Motion and it shall be the responsibility of Debtor to schedule such a hearing with the above-entitled Court and duly notice Secured Creditor and its attorneys of record herein of the date, time, and location of such hearing.

Secured Creditor and its attorneys of record herein shall be duly noticed as hereinafter set forth below:

Wells Fargo Bank, N.A.,
dba Wells Fargo Dealer Services
c/o Law Office of Austin P. Nagel
111 Deerwood Road, Suite 305
San Ramon, CA 94583

Dated: February 3, 2017

LAW OFFICES OF
AUSTIN P. NAGEL

/s/ Austin P. Nagel
Attorneys for Secured Creditor,
WELLS FARGO BANK, N.A.,
dba WELLS FARGO DEALER SERVICES

WDSBK.569