PATRICK L. FORTE, #80050
LAW OFFICES OF PATRICK L. FORTE
1624 Franklin Street, Suite 911
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 17-40056 CN** |
| **ROBERT WAYNE HARRIS,** | **Chapter 13** |
| | **PRE-CONFIRMATION HEARING STATEMENT** |
| **Debtor.** / | **DATE: March 28, 2017**<br>**TIME: 1:30 PM** |

Robert Harris, debtor, submits the following pre-confirmation statement:

**ISSUE**

Wells Fargo Bank, secured creditor, has objected to the value debtor has scheduled his 2013 Ford Fiesta SE which was purchased more than 910 days before the filing of this case. They have also objected to the debtor's motion to value. Likewise the Trustee has objected based on debtor's inability to obtain an order valuing the vehicle.

**Meet & Confer**

Counsel for debtor and counsel for Wells Fargo met and conferred on Tuesday March 14, 2017. Counsel for Wells Fargo proposed a settlement valuation but increased it the following day.

**Status**

Debtor has set the Motion to Value for hearing on April 21, 2017. He is arranging to have his vehicle appraised by Zachary Romer, Director of the Automobile Appraisal Association. Debtor will make the vehicle available for inspection should Wells Fargo's representative care to inspect it.

Debtor requests that the confirmation hearing be continued to the date of the hearing on the Motion to Value.

Dated: March 21, 2017

/s/ Patrick L. Forte
PATRICK L. FORTE
Attorney for Debtor