PATRICK L. FORTE, #80050
LAW OFFICES OF PATRICK L. FORTE
1624 Franklin Street, Suite 911
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:**<br><br>**ROBERT WAYNE HARRIS,**<br><br>**Debtor.** | **Case No. 17-40056 CN**<br><br>**Chapter 13**<br><br>**STIPULATION TO CONTINUE CONFIRMATION HEARING**<br><br>**Hearing:**<br>**DATE: March 28, 2017**<br>**TIME: 1:30 PM**<br>**PLACE: Courtroom 215**<br>**1300 Clay Street**<br>**Oakland, CA 94612**<br><br>**Continued Hearing**<br>**Date: May 23, 2017**<br>**TIME: 1:30 PM**<br>**PLACE: Courtroom 215**<br>**1300 Clay Street**<br>**Oakland, CA 94612** |

Patrick L. Forte, attorney for Robert Wayne Harris ("Debtor"), Austin P. Nagel, attorney for Wells Fargo Bank, N.A., and Martha G. Bronitsky, Chapter 13 Trustee, hereby stipulate to continue the Confirmation Hearing to May 23, 2017 at 1:30 PM at the United States

Bankruptcy Court located at 1300 Clay Street, Oakland, CA 94612 in courtroom 215.

Dated: March 24, 2017

/s/ Patrick L. Forte
PATRICK L. FORTE
Attorney for Debtor

Dated: March 24, 2017

/s/ Austin P. Nagel
AUSTIN P. NAGEL
ATTORNEY FOR WELLS FARGO BANK, N.A.

Dated: March 24, 2017

/s/ Martha G. Bronitsky
Martha G. Bronitsky
Chapter 13 Trustee