PATRICK L. FORTE, #80050
LAW OFFICES OF PATRICK L. FORTE
1624 Franklin Street, #911
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 17-40056 CN** |
| **ROBERT WAYNE HARRIS,** | **Chapter 13** |
| **Debtor.** / | **DECLARATION OF ZACHARY ROMER IN SUPPORT OF MOTION TO VALUE** |

I, Zachary Romer, declare:

1. I am an automobile appraiser. I am the Director of the Automobile Appraisal Association and I am a member of the International Automobile Appraisers Association, member ID number 101125009. The facts set forth herein are within my personal knowledge and if called as a witness I can competently testify as to them.

2. On March 22, 2017 I inspected a 2013 Ford Fiesta SE 4 Door Sedan VIN #3FADP4BJ6DM186520.

3. It is my opinion that the Retail Replacement Value of this vehicle is $3,735.00 a copy of my appraisal is attached hereto as Exhibit A, and made a part hereof.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: April 10, 2017 /s/ Zachary Romer
Zachary Romer