AUSTIN P. NAGEL, ESQ.
California State Bar #118247
LAW OFFICES OF AUSTIN P. NAGEL
111 Deerwood Road, Suite 305
San Ramon, California 94583
Telephone: (925) 855-8080
Facsimile: (925) 855-8090

Attorneys for Secured Creditor,
WELLS FARGO BANK, N.A.,
dba Wells Fargo Dealer Services

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re:

ROBERT WAYNE HARRIS,

Debtor.
_________________________/

Case No. 17-40056 CN
(Chapter 13 Proceeding)

PREHEARING CONFERENCE STATEMENT OF SECURED CREDITOR, WELLS FARGO BANK, N.A., DBA WELLS FARGO DEALER SERVICES

**CONFIRMATION HEARING**:
Date: May 23, 2017
Time: 11:00 am
Ctrm: #215,
1300 Clay Street,
Oakland, CA

Secured Creditor, WELLS FARGO BANK, N.A., dba Wells Fargo Dealer Services (hereinafter referred to as "Secured Creditor") respectfully submits the following Prehearing Conference Statement:

1. **Discovery**. None is necessary.

2. **Settlement Discussions**. Following Secured Creditor obtaining a formal written appraisal of the subject vehicle, Counsel for Secured Creditor and Counsel for Debtor


Case: 17-40056 Doc# 30 Filed: 05/16/17 Entered: 05/16/17 13:34:25 Page 1 of 3

have met and conferred and have tentatively agreed to compromise the claim resolving the valuation of the vehicle, interest rate and monthly adequate protection payment. Counsel for Secured Creditor anticipates receiving the proposed amended Plan that is intended to resolve the Objection prior to the hearing. Secured Creditor intends to withdraw the objection if the amended Plan complies with the compromise.

3. **Related Proceedings**. Debtor filed a Motion to Value Personal Property on January 20, 2017. Secured Creditor filed Opposition to Debtor's Motion to Value and a continued hearing has been set on the Motion to Value for May 23, 2017. For the reasons stated above, it is anticipated that the parties have resolved the Motion to Value by compromise.

Dated: May 16, 2017

LAW OFFICES OF
AUSTIN P. NAGEL

By__/s/ Austin P. Nagel
Attorney for Secured Creditor,
WELLS FARGO BANK, N.A.,
dba Wells Fargo Dealer Services

WDSBK.569



Case: 17-40056 Doc# 30 Filed: 05/16/17 Entered: 05/16/17 13:34:25 Page 2 of 3

**PROOF OF SERVICE**

I, the undersigned, declare that I am employed in the County of Contra Costa, State of California. I am over the age of 18 years and am not a party to the within action. My business address is 111 Deerwood Road, Suite 305, San Ramon, California 94583.

On May 16, 2017 I served PREHEARING CONFERENCE STATEMENT OF SECURED CREDITOR, WELLS FARGO BANK, N.A., DBA WELLS FARGO DEALER SERVICES on the interested parties in said action, by placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Ramon, California. I am readily familiar with our business practice for collection and processing of correspondence for mailing, and this document will be deposited with the United States Postal Service this day in the ordinary course of business, addressed as follows:

Robert Wayne Harris
4809 Woodbridge Way
Antioch, CA 94531

Martha G. Bronitsky
P.O. Box 5004
Hayward, CA 94540

Patrick Forte
1624 Franklin St. #911
Oakland, CA 94612

U.S. Trustee Oakland
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102

I declare under penalty of perjury that the foregoing is true and correct and that this Proof Of Service was executed on May 16, 2017 at San Ramon, California.

__/s/ Melissa Alcorn


Case: 17-40056 Doc# 30 Filed: 05/16/17 Entered: 05/16/17 13:34:25 Page 3 of 3