PATRICK L. FORTE, #80050
LAW OFFICES OF PATRICK L. FORTE
1624 Franklin Street, Suite 911
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 17-40056 CN** |
| **ROBERT WAYNE HARRIS,** | **Chapter 13** |
| **Debtor.** / | **NOTICE OF FIRST AMENDED CHAPTER 13 PLAN AND DEADLINE TO FILE OBJECTION** |

**NOTICE IS HEREBY GIVEN** that Robert Wayne Harris, debtor herein, has amended his Chapter 13 Plan. A copy of the First Amended Chapter 13 Plan is attached hereto. Any objections to the Plan must be filed with the Court and received by the undersigned at 1624 Franklin Street, Suite 911, Oakland, California 94612 on or before June 8, 2017. Failure to object may result in the confirmation of the Plan.

Dated: May 18, 2017

/s/ Patrick L. Forte
PATRICK L. FORTE
Attorney for Debtor



Case: 17-40056 Doc# 32 Filed: 05/18/17 Entered: 05/18/17 12:15:05 Page 1 of 1