AUSTIN P. NAGEL, ESQ.
California State Bar #118247
LAW OFFICES OF AUSTIN P. NAGEL
111 Deerwood Road, Suite 305
San Ramon, California 94583
Telephone: (925) 855-8080
Facsimile: (925) 855-8090

Attorneys for Secured Creditor,
WELLS FARGO BANK, N.A.,
dba WELLS FARGO DEALER SERVICES

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>ROBERT WAYNE HARRIS,<br><br>Debtor.<br>________________________________/ | Case No. 17-40056 CN<br>(Chapter 13 Proceeding)<br><br>**SECURED CREDITOR, WELLS FARGO BANK, N.A., DBA WELLS FARGO DEALER SERVICES'S NOTICE OF WITHDRAWAL OF OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN** |

WELLS FARGO BANK, N.A., dba WELLS FARGO DEALER SERVICES, (hereinafter referred to as "Secured Creditor"), previously filed an Objection to confirmation of the Chapter 13 Plan initiated by Debtor, ROBERT WAYNE HARRIS, (hereinafter referred to as "Debtor"), under and pursuant to the above-entitled proceeding.

Thereafter, Debtor filed a First Amended Plan which amicably resolved the disputes which had arisen hereunder and, therefore, Secured Creditor hereby withdraws, without prejudice, the aforementioned Objection To Confirmation Of Chapter 13 Plan.

Dated: May 22, 2017

LAW OFFICES OF
AUSTIN P. NAGEL

/s/ Austin P. Nagel

Attorneys for Secured Creditor,
WELLS FARGO BANK, N.A.,
dba WELLS FARGO DEALER SERVICES

WDSBK.569



Case: 17-40056 Doc# 34 Filed: 05/22/17 Entered: 05/22/17 14:26:49 Page 1 of 2

## PROOF OF SERVICE

I, the undersigned, declare that I am employed in the County of Contra Costa, State of California. I am over the age of 18 years and am not a party to the within action. My business address is 111 Deerwood Road, Suite 305, San Ramon, California 94583.

On May 22, 2017, I served NOTICE OF WITHDRAWAL OF SECURED CREDITOR, WELLS FARGO BANK, N.A., DBA WELLS FARGO DEALER SERVICES'S OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN on the interested parties in said action. To those parties served via the United States Mail, such parties were served by placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Mail at San Ramon, California. I am readily familiar with our business practice for collection and processing of correspondence for mailing, and this document will be deposited with United States Postal Service this day in the ordinary course of business. The interested parties were served as follows:

Robert Wayne Harris
4809 Woodbridge Way
Antioch, CA 94531

Martha G. Bronitsky
P.O. Box 5004
Hayward, CA 94540

Patrick Forte
1624 Franklin St. #911
Oakland, CA 94612

U.S. Trustee Oakland
Phillip J. Burton Federal Building
450 Golden Gate Ave. 5th Fl., #05-0153
San Francisco, CA 94102

I declare under penalty of perjury that the foregoing is true and correct and this Proof of Service was executed on May 22, 2017 at San Ramon, California.

/s/ Melissa Alcorn

WDSBK.569


Case: 17-40056 Doc# 34 Filed: 05/22/17 Entered: 05/22/17 14:26:49 Page 2 of 2